UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>SMOKIN HOT INC., *et al.*,<br><br>             Defendants. | Case No. 2:22-cv-06119-FLA (Ex)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

On January 30, 2024, the court denied Plaintiff's Motion for Default Judgment with 14 days' leave to file an amended complaint or renewed motion for default judgment. Dkt. 23. On March 19, 2024, Plaintiff filed a First Amended Complaint, Dkt. 26, but has not filed a proof of service.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within seven (7) days of this order why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: August 7, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge